302 U.S. 736
 58 S.Ct. 122
 82 L.Ed. 569
 ROYAL INDEMNITY COMPANY, a corporation, et al., petitioners,
v.
Frank A. CARDILLO, Deputy Commissioner, United States Employees' Compensation Commission and James S. Rennie.*
 No. 411.
 Supreme Court of the United States
 October 25, 1937
 
 Messrs. Norman B. Frost, Frank H. Myers ad Frederic N. Towers, all of Washington, D. C., for petitioners.
 
 
 1
 Mr. James E. McCabe, of Washington, D. C., for respondent Rennie.
 
 
 2
 Messrs. Stanley Reed, Sol. Gen., of Washington, D. C., and Sam E. Whitaker, Asst. Atty. Gen., and Henry A. Julicher, of Washington, D. C., for respondent Frank A. Cardillo.
 
 
 3
 For opinion below, see Hoage v. Royal Ind. Co., 67 App.D.C. 142, 90 F.(2d) 387.
 
 
 4
 Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.
 
 
 
 *
 Rehearing denied 302 U.S. 778, 58 S.Ct. 270, 82 L.Ed. ——.